# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| R. NEAL MYNATT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 7:22-CV-72 (WLS) |
| | : |
| BRIDGES OF HOPE RESIDENTIAL RECOVERY CTR., *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

Before the Court is a Stipulation of Dismissal (Doc. 34), filed by the Parties on May 28, 2025. Therein, the Parties stipulate to the dismissal of the above-captioned case with prejudice and without fees or costs to either Party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** the Parties' Stipulation (Doc. 34). Therefore, the above-captioned action is **DISMISSED, WITH PREJUDICE**. The Parties shall bear their own fees and costs. Plaintiff's claims against Defendant having now been resolved, the Clerk of Court is **DIRECTED** to close this case. Additionally, in light of the dismissal of this action, Defendant's Motion for Summary Judgment (Doc. 33) is **DENIED WITHOUT PREJUDICE, as moot.**

**SO ORDERED**, this 30th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1