IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| R NEAL MYNATT<br>*individually and on behalf of all other similarly situated current and former employees,*<br>CHANCE GREENE,<br>BILL BAKER<br><br>            Plaintiffs,<br>v.<br><br>BRIDGES OF HOPE RESIDENTIAL RECOVERY CENTER<br>*An Unincorporated Entity*,<br><br>BRIDGES OF HOPE CHARITABLE TRUST<br>*A Georgia Non-Profit Charitable Trust*,<br><br>WINFRED MURPHY,<br><br>            Defendants. | *<br><br>*<br><br>Case No: 7:22-cv-00072-WLS<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

   This 30th day of May, 2025.

                                                            David W. Bunt, Clerk


                                                            s/ Angelica E. Niccolai, Deputy Clerk